IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR430 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS INDICTMENT |
| STEVEN SCHOFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal of the Indictment regarding Defendant, STEVEN SCHOFIELD, pursuant to Motion of the United States (Filing No. 28).

DATED this 11th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, Chief Judge
United States District Court